UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHYENNE MORGAN SWISHER, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW SAUL, <br><br> Defendant. | CIVIL ACTION NO. 3:21-CV-00390 <br><br> (MEHALCHICK, M.J.) |

### ORDER

AND NOW, this 2nd day of August, 2022, in accordance with the Memorandum filed concurrently herewith, it is hereby **ORDERED** that:

1. The Commissioner's decision to deny plaintiff Chyenne Morgan Swisher benefits under Title XVI of the Social Security Act is **AFFIRMED**;

2. The Clerk of Court is directed to enter **FINAL JUDGMENT** in favor of the Commissioner and against Swisher; and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**Chief United States Magistrate Judge**